Evan J. Smith (SBN 242352)
esmith@brodskysmith.com
Ryan P. Cardona (SBN 302113)
rcardona@brodskysmith.com
BRODSKY SMITH
9465 Wilshire Blvd., Ste. 300
Beverly Hills, CA 90212
Telephone:  (877) 534-2590
Facsimile:    (310) 247-0160

*Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA HURTADO,<br><br>                    Plaintiff,<br><br>          vs.<br><br>KOHL'S, INC. D/B/A WWW.KOHLS.COM, and KOHL'S CORPORATION,<br><br>                    Defendants. | **Civil Case No.: 2:25-cv-01309-HDV-DFM**<br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

1   Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil

2  Procedure, plaintiff Christina Hurtado ("Plaintiff") voluntarily dismisses their claims in the above

3  captioned action without prejudice.  This notice of dismissal is being filed before service by

4  Defendants of either an answer or a motion for summary judgment.  Plaintiff's dismissal of this

5  Action is effective upon filing of this notice.

Dated: April 25, 2025                    **BRODSKY & SMITH**

By:  *Evan J. Smith*
     Evan J. Smith, Esquire (SBN 242352)
     esmith@brodskysmith.com
     Ryan P. Cardona, Esquire (SBN 302113)
     rcardona@brodskysmith.com
     9465 Wilshire Blvd., Ste. 300
     Beverly Hills, CA 90212
     Phone: (877) 534-2590
     Facsimile (310) 247-0160

     *Attorneys for Plaintiff*

1